IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| ANDRITZ INC., | * | |
| Plaintiff, | * | |
| vs. | * | CASE NO. 3:08-CV-44(CDL) |
| SOUTHERN MAINTENANCE CONTRACTOR, LLC, WILLIAM PETTIT, and ROGER HARPER, JR., | * * | |
| Defendants. | * | |

## FINAL JUDGMENT AND CONSENT INJUNCTION ORDER

ON CONSENT OF THE PARTIES, the Court enters the following Final Judgment and Consent Injunction Order (the "Judgment"):

**A. Permanent Injunction:** Defendants, and all other persons in active concert or participation with them who receive notice of this Judgment, are permanently enjoined from retaining, utilizing or disclosing in any manner drawings, specifications, parts lists, other technical documents, or other business documents belonging to, originating with, or obtained from Andritz or its affiliates ("Andritz Proprietary Data") or any documents created or derived from Andritz Proprietary Data. Notwithstanding the foregoing, Defendants may utilize a cost-estimating spreadsheet independently prepared and created by Defendants. Defendants are further required, within 20 days of the date of this Judgment, to return to counsel for Andritz all documents, electronic files, or other materials or media containing any Andritz Proprietary Data and to destroy all such materials from any computer or other storage media. Each Defendant shall file with the Court a certification under oath that he/it has complied with the terms of this Permanent Injunction.

**B. Limited Injunction:** After the date of this Judgment, Defendants are further enjoined from soliciting, selling, or performing (whether directly or indirectly) any of the following:

repairs, servicing, or upgrades on any wood yard equipment for which Andritz is the Original Equipment Manufacturer (OEM). Notwithstanding the foregoing, Defendants are allowed to perform the following work on Andritz wood yard OEM equipment:

1) Repairs on all wood yard conveyors, so long as such repairs do not involve fabrication of parts necessary for the conveyor repair except the deck itself;

2) Repairs on drums, so long as Defendants do not supply parts for the drums (excepting steel needed for the repair, provided that this exception does not permit Defendants to fabricate or supply a replacement drum shell);

3) Repair of chippers, so long as such repair does not involve fabrication of the parts necessary for repair or fabrication of the actual hood ;

4) Purchase and install parts provided by the customer or supplier, so long as such parts either are purchased from Andritz or are not known by Defendants to have been derived from Andritz drawings; and

5) Repair of Andritz cranes, or Andritz non-wood yard equipment which Defendants did not work on while employed by Andritz or its predecessors, including supplying parts for said equipment. Defendants shall not directly or indirectly utilize Andritz drawings or drawings known to have been derived from Andritz drawings in performing this service.

This Limited Injunction does not prohibit Defendants from working as a Contractor for other suppliers or manufacturers, so long as Defendants' work is limited to the scope as provided in this Judgment.

This Limited Injunction shall expire upon the payment of all sums owed by Defendants to Andritz pursuant to a settlement agreement between the parties. This Limited Injunction shall not expire before two years from the date of this Judgment. In the event that the Defendants

default on payment of amounts owing to Andritz pursuant to the settlement agreement, this Limited Injunction shall become permanent.

In the event this Judgment has been violated, Andritz may Petition the Court for contempt. Andritz shall have the burden of demonstrating a violation by a preponderance of evidence. The Court at its discretion may allow discovery on the issues alleged in the Petition.

In the event the Court finds that the Defendants have violated this Judgment or that Defendants have not timely performed the payment terms of the parties' settlement agreement, the Limited Injunction shall become permanent. The Court reserves the right to enter whatever additional relief it may deem appropriate, including attorneys' fees, costs and expenses.

**C. Disposition of Other Claims and Retention of Jurisdiction for Limited Purposes:** All remaining claims and counterclaims are hereby **DISMISSED WITH PREJUDICE**. The Court shall retain jurisdiction in this matter for the limited purposes of enforcing this Judgment, modifying this Judgment for good cause, and modifying this Judgment pursuant to the agreement of the parties.

SO ORDERED, this 25th day of June, 2010.

    S/Clay D. Land
    CLAY D. LAND
    UNITED STATES DISTRICT JUDGE

Consented to by:

s/Keith R. Blackwell
Keith R. Blackwell
Counsel for Plaintiff

s/ Michael C. Daniel
Michael C. Daniel
Counsel for Defendants